■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO MORALES, Appellant. [923 NYS2d 338]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 28, 1996 (*People v Morales*, 227 AD2d 648 [1996]), affirming a judgment of the County Court, Rockland County, rendered September 7, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY ORTIZ, Appellant. [923 NYS2d 341]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Marrus, J.), imposed February 25, 2010, pursuant to CPL 440.46, after a hearing, upon his conviction of criminal sale of a controlled substance in the third degree, which sentence was originally imposed, upon his plea of guilty, on November 26, 2002.

Ordered that the resentence is affirmed.

Taking into account all of the relevant circumstances, the resentence imposed was not excessive (*see People v Benzeno*, 83 AD3d 728 [2011]; *People v Graves*, 66 AD3d 1513, 1514 [2009]; *People v Lara*, 61 AD3d 894 [2009]; *People v Almanzar*, 43 AD3d 825, 826 [2007]; *see also People v Suitte*, 90 AD2d 80 [1982]). Covello, J.P., Eng, Chambers and Miller, JJ., concur.